UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

| | | | |
|---|---|---|---|
| Case No. | 2:26-cv-06163-JAK-PVC | Date | October 26, 2026 |
| Title | Kristin Baker et al. v. Healthy Web Inc. et al. | | |

| | |
|---|---|
| Present: The Honorable | JOHN A. KRONSTADT, UNITED STATES DISTRICT JUDGE |

| | |
|---|---|
| M. Lindaya | Maria Bustillos |
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| Jae Kook Kim | Spencer Persson |

**Proceedings:** **DEFENDANTS' MOTION TO DISMISS (DKT. 11)**
**PLAINTIFF'S MOTION TO REMAND (DKT. 13)**

The motion hearing is held. The Court states its tentative views that it is inclined to **GRANT IN PART** and **DENY IN PART** Defendants' Motion to Dismiss (Dkt. 11); and **DENY** Plaintiff's Motion to Remand (Dkt. 13). Counsel address the Court. The Court takes both motions under submission, and rulings on each will be issued.

**IT IS SO ORDERED.**

: 34

Initials of Preparer mal